# EXHIBIT C

**"EXHIBIT C"**

|    | Transaction Date | Transaction ID | Trade Name | Dosage Units |
|----|------------------|----------------|------------|--------------|
| 1  | 8/26/2015 | 0000000542 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 2  | 8/26/2015 | 0000000580 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 3  | 8/26/2015 | 0000000546 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 4  | 8/26/2015 | 0000000548 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 5  | 8/26/2015 | 0000000550 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 6  | 8/26/2015 | 0000000551 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 7  | 8/26/2015 | 0000000552 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 8  | 8/26/2015 | 0000000553 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 9  | 8/26/2015 | 0000000554 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 10 | 8/26/2015 | 0000000555 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 11 | 8/26/2015 | 0000000559 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 12 | 8/26/2015 | 0000000560 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 13 | 8/26/2015 | 0000000563 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 14 | 8/26/2015 | 0000000565 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 15 | 8/26/2015 | 0000000566 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 16 | 8/26/2015 | 0000000568 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 17 | 8/26/2015 | 0000000569 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 18 | 8/26/2015 | 0000000573 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 19 | 8/26/2015 | 0000000579 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |
| 20 | 8/26/2015 | 0000000545 | APAP W/Codeine Phosphate 300/30MG Tablet | 12 |